UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

Case No: 6:18-cv-982-Orl-18GJK

**NDAIZIWEI KAYA CHIPUNGU and
SOCIETY FINANCIAL SOLUTIONS,
LLC,**

**Defendants.**

## ORDER

This case was referred to the United States Magistrate Judge for a report and recommendation on Plaintiff United States of America's Motion for Default Judgment (the "Motion") (Doc. 14), to which no response was filed. On January 25, 2019 the Magistrate Judge entered a Report and Recommendation (Doc. 16) regarding same, to which no timely objections were filed.

After review of the Report and Recommendation (Doc. 16), and noting that no timely objections were filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 16) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff United States of America's Motion for Default Judgment (Doc. 14) is **GRANTED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT** against Defendants Ndaiziwei Kaya Chipungu and Society Financial Solutions, LLC, jointly and severally, in the amount of $ 487,879.24.

4. A separate order of permanent injunction will follow entry of this Order. After entry of the Permanent Injunction Order, the Clerk of Court is directed to **CLOSE** the case.

5. The Court retains jurisdiction to enforce the terms of this Order.


**DONE** and **ORDERED** in Orlando, Florida, this ___ day of February, 2019.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties